UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DESTINY WASHINGTON, DEVIN HAZEL, and DORIS ALEXANDER, individually and on behalf of all others similarly situated, | ) ) ) ) Case No. 1:20-cv-00246-JJM-LDA |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| JOHNSON & WALES UNIVERSITY, | ) ) |
| Defendant. | ) |

**DEFENDANT JOHNSON & WALES UNIVERSITY'S**
<u>**NOTICE OF SUPPLEMENTAL AUTHORITY**</u>

Defendant Johnson & Wales University respectfully submits this notice of supplemental authority to invite the Court's consideration of an order in *Hassan v. Fordham University*, Case No. 29-CV-3265 (KMW) (S.D.N.Y. Jan. 28, 2021). Judge Kimba M. Wood of the Southern District of New York granted Fordham University's motion to dismiss a complaint related to the university's transition to remote learning in response to COVID-19. The order dismissed claims for breach of contract, unjust enrichment, conversion, and money had and received. A true and correct copy of this order is attached as Exhibit 1.

As here, the plaintiff in *Hassan* failed to identify any specific promise for in-person education, instead relying on "informational guidance" in Fordham's course catalog and various other policy and marketing statements for an "on-campus experience." Slip op. at 10-11. The court rejected plaintiffs' contention that Fordham had made a "sweeping promise to provide in-person educational services, based on its course descriptions," or marketing statements "more akin to general statements of policy." *Id*. at 11 (internal quotations omitted). And as here, the plaintiff

1

failed to demonstrate that the relevant "aspects of a course were not subject to change" or that Fordham had "relinquished its authority to alter the modality of its course instruction." *Id*. at 10-11 (internal quotations omitted).

DATED: February 3, 2021                    Respectfully submitted,

                                 By */s/ Robert Clark Corrente*
                                     Robert Clark Corrente (#2632)
                                     Joseph D. Whelan (#5694)
                                     Christopher N. Dawson (#8508)
                                     WHELAN CORRENTE & FLANDERS LLP
                                     100 Westminster Street, Suite 710
                                     Providence, RI 02903
                                     Telephone: (401) 270-4500
                                     rcorrente@whelancorrente.com
                                     jwhelan@whelancorrente.com
                                     cdawson@whelancorrente.com

                                     -and-

                                     */s/ Crystal Nix-Hines*
                                     Crystal Nix-Hines (*pro hac vice*)
                                     Kathleen M. Sullivan (*pro hac vice*)
                                     Shon Morgan (*pro hac vice*)
                                     Scott Mills (*pro hac vice*)
                                     QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
                                     865 South Figueroa Street, 10th Floor
                                     Los Angeles, CA 90017-2543
                                     Telephone: (213) 443-3000
                                     crystalnixhines@quinnemanuel.com
                                     kathleensullivan@quinnemanuel.com
                                     shonmorgan@quinnemanuel.com
                                     scottmills@quinnemanuel.com

                                     *Attorneys for Defendant*
                                     *Johnson & Wales University*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Supplemental Authority was served on all counsel of record on February 3, 2021, using the Court's CM/ECF system, which will send a notification of such filing.

*/s/ Crystal Nix-Hines*
Crystal Nix-Hines